# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WEIGHT, | Case No. 2:18-cv-02827-JAM-AC |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1 to 100, | Judge: Hon. John A. Mendez |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-02827-JAM-AC is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  September 20, 2019          /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge